UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:14cr75-002/MCR

ROBERT F. FRASER
_____/

**O R D E R**

Pursuant to the Judgment entered February 10, 2015, the Defendant was sentenced to a total term of imprisonment of 262 months, comprised of 60 months as to Count One, 120 months as to Two, and 262 months as to Count Four, said terms to run concurrently, one with the other. (*See* doc. 91).  The Defendant is currently in the custody of the Florida Department of Corrections serving a sentence on related state court charges. The state court sentence was ordered to run concurrent with the federal sentence in this case.

Accordingly, it is ORDERED that the term of imprisonment imposed in this case shall run concurrent with the term of imprisonment imposed in Santa Rosa County, Florida, Circuit Court docket # 2014-CF-1423, and Defendant's state correctional facility is hereby designated for service of his federal sentence.  Furthermore, because the state custody is related to the federal charges, Defendant shall receive credit for time served commencing since his arrest August 27, 2014.

**SO ORDERED** this 4th day of September, 2015.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**